# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND AN ARREST WARRANT

I, Amy M. Dougherty, after being duly sworn, depose and state:

## INTRODUCTION

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and have been so employed since November 2003. I am currently assigned to work white-collar crime investigations within the Norfolk, Virginia Division. As a Special Agent assigned to the white-collar crime squad, I have received training in and am authorized to investigate complex financial crimes and conspiracy to commit bank, wire and mail fraud. I have previously been involved in criminal investigations concerning violations of federal laws, which include, but are not limited to, fraud, child exploitation and child pornography, crimes involving computers, computer intrusions, and criminal enterprises.

2. This affidavit contains information necessary to support probable cause for a criminal complaint and an arrest warrant for DION LAMONT CAMP (CAMP). The facts sets forth in this affidavit are based upon my personal knowledge, knowledge obtained during my participation in this investigation, knowledge obtained from the United States Postal Inspection Service (USPIS), the Chesapeake Police Department (CPD), the Chesapeake Sheriff's Office (CSO), the Norfolk Police Department (NPD), the Virginia Beach Police Department (VBPD), and other law enforcement personnel, review of documents related to this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through training and experience. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to me concerning this investigation.

3. As discussed below, CAMP has devised a scheme and artifice to defraud Navy Federal Credit Union and other financial institutions by falsifying information on vehicle loan checks, impersonating car dealerships and cashing those same loan checks using a bank account established in the impersonated dealerships' name.

4. For that reason, I present this affidavit in support of a criminal complaint and arrest warrant charging CAMP with bank fraud in violation of 18 U.S.C. §§ 1344.

## THE LAW

5. 18 U.S.C. § 1344, makes it a crime for any person to knowingly execute, and attempt to execute, a scheme and artifice to defraud a federally insured financial institution and to obtain any of the moneys, funds, credits, assets, securities, and other property owned by, or under the custody and control of, a financial institution, by means of materially false and fraudulent pretenses, representations, and promises.

## BACKGROUND

6. In March 2021, FBI Norfolk initiated an investigation into allegations that CAMP coerced females to obtain vehicle loans through threats of sexual violence, falsified information on those vehicle loan checks, impersonated car dealerships to verify those loans to the banks, and subsequently cashed those checks using a bank account established in the impersonated dealerships' name. This investigation was initiated based on a referral from two local police departments and the Virginia Commonwealth Attorney's Office for the City of Norfolk.

## 2019 AUDI Q3

7. As part of this fraudulent scheme, CAMP established and made use of a business called BRYANT MOTORSPORT LLC. On or about July 22, 2020, BRYANT MOTOR SPORT LLC was registered with the Virginia State Corporation Commission. The registered agent was originally listed as A.S. On August 3, 2020, the registered agent was changed to A.B. who was interviewed by the FBI on March 30, 2022 and March 22, 2023. A.B. advised that CAMP opened and registered this business in A.B.'s name without A.B.'s knowledge.

8. In or about August 5, 2020, CAMP accompanied A.B. to TowneBank in Virginia Beach where a business account ending in 6395 was opened in A.B.'s name. The first check deposited into this account was Navy Federal Credit Union vehicle loan check # 0218093293 made payable to BRYANT MOTORSPORTS for $16,990.00. This vehicle loan check was obtained by A.B. on May 14, 2020, was not to exceed $17,100.00, and was to be voided if not used within 60 days after May 14, 2020. A.B, advised that CAMP was supposed to use the funds to buy a car for A.B. The check indicated the vehicle of purchase as a 2019 Audi Q3 bearing Vehicle Identification Number (VIN) WA1EECF34K1062132. A.B. was directed by CAMP to withdraw the proceeds from this loan check and provide the cash to CAMP. Between August 5 and August 18, 2020, A.B. had withdrawn all but $375.00 of these loan proceeds from the business account. According to A.B., this vehicle was never purchased nor was this vehicle ever in the possession of either A.B. or CAMP.

9. The Navy Federal Credit Union vehicle loan check #0218093293 was dated July 24, 2020. A.B. advised that A.B. signed and dated this check. A.B. advised that A.B. observed CAMP complete the rest of the check. On March 22, 2023, A.B. was shown a copy of this loan check and confirmed that the signature and date handwriting is hers. A.B. also confirmed that the rest of the handwriting on the check belongs to CAMP.

10. On March 22, 2023, A.B. was played two audio recordings obtained from Navy Federal Credit Union. These recordings were allegedly initiated from D.C., an employee of BRYANT MOTORSPORTS, to verify the purchase of the aforementioned 2019 Q3. A.B. immediately identified the caller as CAMP.

11. D.C. was interviewed at his place of employment, Bryant Motorsports Auto Sales, which is a legitimate dealership located in Portsmouth, Virginia. Bryant Motorsports Auto Sales has been in business for about 18 or 19 years. D.C. advised that in D.C.'s position, D.C. does not call to verify checks. Additionally, D.C. was played a July 2020 Navy Federal Credit Union call

where the caller is attempting to verify the Navy Federal Credit Union vehicle loan check #0218093293 and identifies himself as D.C. from Bryant Motorsports Auto Sales. D.C. advised that the voice on this call is not him. Furthermore, Bryant Motorsports Auto Sales reviewed their records and advised that they have never sold a 2019 Audi Q3 bearing VIN ending in 2132. Bryant Motorsport Auto Sales also confirmed that they have never employed CAMP nor did they recognize him after being shown his photograph.

12. The Carfax Report for the 2019 Audi Q3 bearing VIN ending in 2132 reveals that this vehicle was listed for sale on July 29, 2020 by Audi Marietta in Marietta, Georgia and sold on October 10, 2020. The service records for this vehicle show that it has remained titled and has been serviced in Georgia from July 2020 to present. The vehicle was again sold by Audi Marietta as an Audi certified pre-owned vehicle on March 7, 2022. The current owner of this vehicle, T.B. advised that T.B. purchased the 2019 Audi Q3 bearing VIN ending in 2132 from Audi Marietta on or around March 2022. T.B. has never housed this vehicle in Virginia and has had the vehicle in her possession since her purchase in March 2022.

### 2020 MERCEDES BENZ E450

13. On November 25, 2020, A.B. negotiated a Navy Federal Credit Union vehicle loan check #0218269031 made payable to BRYANT MOTORSPORT LLC for $62,066.44. This check was deposited into the TowneBank business account ending in 6395. This vehicle loan check was obtained on November 2, 2020 by R.N. and was not to exceed $63,000.00. The vehicle allegedly purchased using this loan check is a 2020 Mercedes Benz E450 bearing VIN W1K1J6HB7LF141035. According to A.B., CAMP had A.B. endorse the check for deposit while only allowing A.B. to see the back of the loan check. A.B. did not observe the front of this loan check. Around November 25 through November 30, 2020, A.B. withdrew $53,515.00 in cash from these loan proceeds. CAMP directed A.B. to obtain a $30,000.00 cashier's check in A.B.'s name which was then deposited into a joint Wells Fargo bank account ending in 5873 which CAMP had established using his and A.B.'s names. A.B. advised that CAMP was the only one with access to this Wells Fargo account. Between November 27, 2020 and December 15, 2020, all funds were depleted by CAMP from this Wells Fargo account. According to A.B., A.B. never owned this vehicle.

14. D.C. was played a November 2020 Navy Federal Credit Union call where the caller is attempting to verify the Navy Federal Credit Union vehicle loan check # 0218269031 and identifies himself as D.C. from Bryant Motorsports Auto Sales. D.C. advised that the voice on this call is also not D.C. D.C. advised that Bryant Motorsports Auto Sales has no record of ever having a 2020 Mercedes Benz E450 bearing VIN W1K1J6HB7LF141035 in their inventory.

15. The Carfax report for this 2020 Mercedes Benz E450 bearing VIN ending in 1035 reveals this vehicle was listed for sale with Lamborghini Newport Beach in California on November 13, 2020, then listed for sale online on December 31, 2020, and sold in California on February 4, 2021. The vehicle was again listed for sale as a Mercedes-Benz pre-owned vehicle by House of Imports in California on February 14, 2021. The service records for this vehicle show this vehicle has been maintained in California beginning in October 2020 to present.

16. Information provided by Navy Federal Credit Union confirms that both of these vehicle loans were charged off as a loss to Navy Federal Credit Union of approximately $93,650.44.

### A.B.

17. A.B. filed a police report with Virginia Beach Police Department in September 2021 alleging CAMP had sexually assaulted A.B. when A.B. would not comply with his demands to obtain further loans on his behalf. In November 2021, A.B. filed a police report with Virginia Beach Police Department regarding CAMP's involvement in fraudulent activities pertaining to loans. A.B. also reported the sexual assault to the United States Navy where A.B. was a service member at that time. CAMP physically hit A.B. on about four to five occasions and threatened that he would send people to A.B.'s house to harm A.B. CAMP would regularly grab A.B.'s wrist using a technique that caused A.B. pain. Even after ceasing to have contact with CAMP, in about late January 2023 to early February 2023, A.B. noticed CAMP following A.B. while A.B. was driving. A.B. has also observed relatives of CAMP's driving by A.B.'s workplace and A.B.'s house. A.B. feared retribution by CAMP after filing the sexual assault charges. A.B. feared CAMP when A.B. refused to follow CAMP's directions. In April 2021, CAMP told A.B. that he would do more than put his hands on A.B. if A.B. did not comply with his demands. Because of CAMP, A.B. has had to quit two jobs because CAMP follows A.B. while working which has interfered in A.B.'s ability to do her jobs. A.B. advised that A.B. is paranoid because of CAMP.

### D.M.

18. On January 3, 2023, a warrant for CAMP was obtained in the Commonwealth of Virginia by Chesapeake Police Department for "Felony Rape by Force/Threat" in violation of 18.2061 based on a complaint filed by D.M. After refusing to obtain a loan on CAMP's behalf, CAMP forced his way into D.M.'s apartment, physically assaulted D.M. and raped D.M. while D.M.'s child was in the other room. D.M. reported this rape to the Chesapeake Police Department in about December or January 2021 and to the United States Navy in about February or March 2022 where D.M. was a service member at that time.

19. D.M. advised that around August or September 2021 when D.M. initially refused to get a loan for CAMP, CAMP would wait for D.M. outside of D.M.'s place of employment and residence. D.M. advised that CAMP threatened both D.M. and D.M.'s young son if D.M. did not get the loan for him. CAMP stated that he would shoot up D.M.'s apartment complex. CAMP also threatened to ruin D.M.'s. military career if D.M. did not comply. D.M. is afraid of CAMP.

20. On February 16, 2023, CAMP was scheduled to self-surrender but failed to appear. According to the attorney representing CAMP on separate but unrelated charges out of Virginia Beach, CAMP was made aware of his outstanding warrant.

21. After his failure to appear, CAMP was arrested on March 30, 2023 by the Chesapeake Sheriff's Office at his residence located in Virginia Beach, Virginia 23464.

## THE FINANCIAL INSTITUTION AFFECTED BY THE BANK FRAUD

22. The bank fraud described in this affidavit affected Navy Federal Credit Union at the time of the events noted in this affidavit, the deposits of Navy Federal Credit Union were insured by the National Credit Union Share Insurance. Navy Federal Credit Union is a financial institution within the meaning of 18 U.S.C. § 20.

## CONCLUSION

23. Based on the foregoing, I submit that probable cause exists to believe that between on or about July 24, 2020, up to and including August 18, 2020 the Eastern District of Virginia and elsewhere, DION LAMONT CAMP knowingly executed and attempted to execute, a scheme and artifice to defraud a financial institution, namely Navy Federal Credit Union, and to obtain any of the moneys, funds, credits, assets, securities, or other property owned by, or under the custody or control of, a financial institution, namely Navy Federal Credit Union, by means of false or fraudulent pretenses, representations, or promises, in violation of 18 U.S.C. § 1344.

24. Accordingly, I seek the issuance of a criminal complaint and warrant for his arrest.

Amy M. Dougherty
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me this 3rd day of April 2023 at Norfolk, Virginia.

ROBERT J. KRASK
UNITED STATES MAGISTRATE JUDGE