AO 93  (Rev. 11/13) Search and Seizure Warrant

# ORIGINAL

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>509 Gills Place<br>Virginia Beach, Virginia 23464 | )<br>)<br>)<br>)<br>)<br>) |

<u>**UNDER SEAL**</u>

Case No.    2:23sw 03

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the          Eastern          District of          Virginia          
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before          April 17, 2023          *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.      ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to          Robert J. Krask          .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:      04/03/2023 3:30 pm          _____
                                                                    *Judge's signature*

City and state:      Norfolk, Virginia          Robert J. Krask, United States Magistrate Judge
                                                        *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| **Case No.:** 2:23sw 63 | **Date and time warrant executed:** 4/4/2023   9:03 AM | **Copy of warrant and inventory left with:** kH at scene on Kitchen island |
| **Inventory made in the presence of :** no one present | | |

**Inventory of the property taken and name of any person(s) seized:**

1 ipad A1550 S/N T9FVF117GHM2
1 Apple Mac a2251 S/N C02DX585ML7J
1 Apple Mac Pro + Charger S/N W8941172XUUE
1 T-mobile SIM card
1 Chase VISA card wholesale Direct
$400 cash
9 credit cards
HP Pavillion All in 1 S/N 8CC6170902F
1 red iphone
1 silver iphone
1 black iphone
1 dark grey iphone
1 broken dark grey iphone
black & silver iwatch series 3
Grey ipad mini
Verizon sim card
Apple watch
2 black iphones
miscellaneous documents, receipts, bills, and Virginia license plates

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/6/2023

_____
*Executing officer's signature*

Amy Dougherty, Special Agent
*Printed name and title*

FD-597 (Rev 8-11-94)

Page ___1___ of ___1___

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # __196D-NF-3408961__

On (date) __4/4/2023__

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _____

(Street Address) __509 Gills Place__

(City) __Virginia Beach, Virginia__

Description of Item(s): Varies documents and Virginia license plates, bills, receipts
1 ipad A1550 S/N F9FVF117GHMQ
1 apple Mac a2251 S/N C02DX585ML7J
1 apple Mac pro+ Charger S/N W894672X66E
1 T-Mobile SIM Card
1 Chase visa card wholesale direct LLC Janitta Olivia Williams
$400 Cash
9 Credit cards
HP Pavilion all-in one S/N 8CC6170D2F
1 red iphone
1 silver iphone
1 black iphone
1 dark gray iphone
broken dark gray iphone
black + silver iWatch series 3
Gray iPad Mini
Verizon SIM card
2 iphone 14
apple watch

Received By: _[signature]_    Received From: Search