IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

UNITED STATES OF AMERICA

v.                                             Case No. 2:23cr63

DION LAMONT CAMP

### DEFENSE COUNSEL'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW the undersigned defense counsel, Andrew M. Sacks, Esquire, and respectfully moves this Honorable Court for the entry of an Order granting defense counsel leave to withdraw as counsel of record, on the ground that on Friday, April 19, 2024, the defendant transmitted a written communication to defense counsel instructing him to file a motion for leave to withdraw as counsel of record.

DION LAMONT CAMP

By:_____/s/_____
Andrew M. Sacks, Esquire

Andrew M. Sacks, Esquire, VSB#: 20082
Attorney for defendant Dion Camp
SACKS & SACKS, P.C.
Town Point Center
150 Boush Street, Suite 505
Norfolk, VA 23510
Telephone: (757) 623-2753
Facsimile: (757) 274-0148
E-mail: andrewsacks@lawfirmofsacksandsacks.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of April, 2024, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to:

| | | |
|---|---|---|
| Elizabeth "Beth" Yusi, Esquire | and | E. Rebecca Gantt, Esquire |
| Assistant United States Attorney | | Assistant United States Attorney |
| United States Attorney's Office | | United States Attorney's Office |

| | |
|---|---|
| 8000 World Trade Center | 8000 World Trade Center |
| 101 West Main Street | 101 Wesst Main Street |
| Norfolk, VA 23510-1624 | Norfolk, VA 23510-1624 |
| Phone: (757) 441-3555 | Phone: 757441-6331 |
| Facsimile: (757) 441-6689 | Facsimile: 757-441-6689 |
| Email: elizabeth.yusi@usdoj.gov | E-mail: Rebecca.Gantt@usdoj.gov |

_____/s/_____<br>
Andrew M. Sacks, Esquire

Andrew M. Sacks, Esquire, VSB#: 20082
Attorney for defendant Dion Camp
SACKS & SACKS, P.C.
Town Point Center
150 Boush Street, Suite 505
Norfolk, VA 23510
Telephone: (757) 623-2753
Facsimile: (757) 274-0148
E-mail: andrewsacks@lawfirmofsacksandsacks.com

F:\IC\CAMP Dion\MotWithdraw4 22 2024.doc